In the Matter of MANUFACTURERS CHEMICAL Co., INC., Respondent.

CASWELL, STRAUSS & Co., INC., Appellant.

Argued May 23, 1940; decided June 11, 1940.

*Russell C. MacFall* for appellant.

*Samuel F. Frank* and *Paul Moskowitz* for respondent.

Appeal dismissed, with costs, on the ground that no order finally determining the special proceeding has been made. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.